IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2016 OCT 31  AM 10: 24

| | | |
|---|---|---|
| DANA BOWMAN,<br>    Plaintiff,<br><br>v.<br><br>VEJA III, LLC, d/b/a PASEO<br>PROPERTIES, and PEINADO FAMILY<br>LIMITED PARTNERSHIP, d/b/a<br>QUALITY CRAFT HOMES,<br>    Defendants. | § § § § § § § § § § | EP-16-CV-091-DB |

## FINAL JUDGMENT

On this day, the Court sua sponte considered the above-captioned case. On October 28, 2016, the Court dismissed all of Plaintiff Dana Bowman's claims in this case. The Court now enters Final Judgment on Plaintiff Dana Bowman's claims in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that all claims in the above-captioned case are **DISMISSED WITH PREJUDICE**.

**SIGNED** this **31st** day of **October 2016**.

_____
DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE